

United States District Court
Eastern District of California

ROSELYN NORRISE

Plaintiff(s)

V.

TRANSDEV SERVICES, INC.

Defendant(s)

Case Number: 2:24-CV-01457-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Amanda JoLee hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Defendant Transdev Services, Inc.

On 09/26/2019 (date), I was admitted to practice and presently in good standing in the
State of Nebraska (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: 11/15/2024          Signature of Applicant: /s/ Amanda JoLee

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Amanda JoLee |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 14606 Branch Street |
| | Suite 200 |
| City: | Omaha      State: NE      Zip: 68154 |
| Phone Number w/Area Code: | (402) 964-5216 |
| City and State of Residence: | Elkhorn, Nebraska |
| Primary E-mail Address: | amanda.jolee@huschblackwell.com |
| Secondary E-mail Address: | ali.radcliff@huschblackwell.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Allison M. Scott |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 355 South Grand Avenue |
| | Suite 2850 |
| City: | Los Angeles      State: CA      Zip: 90071 |
| Phone Number w/Area Code: | (213) 337-6550      Bar # 305989 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  November 19, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE