HUSCH BLACKWELL LLP
300 SOUTH GRAND, SUITE 1500, LOS ANGELES, CA 90071
(213) 337-6550

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN NORRISE, an individual, | Case No. 2:24-cv-01457-JDP |
| *Plaintiff.* vs. | **[PROPOSED]** ORDER GRANTING EXTENSION OF DISCOVERY DEADLINES |
| TRANSDEV SERVICES, INC. | |
| *Defendant.* | |
| | Complaint Filed:  April 18, 2024<br>Removal Date:    May 22, 2024 |

This matter having come before the Court, without hearing, on the parties' Joint Stipulation to Extend Discovery Deadlines; the Court having reviewed the Stipulation; and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The Joint Stipulation is GRANTED;

2. The deadline to complete initial expert disclosures is extended to and including October 20, 2025;

3. The deadline to complete rebuttal expert disclosures is extended up to and including November 10, 2025;

4. The motion to compel deadline is extended up to and including December 4, 2025; and

5. The deadline to complete discovery is extended up to and including December 22, 2025;

6. The deadline for competition of all dispositive motions is extended to February 26, 2026.

IT IS SO ORDERED.

Dated:   August 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE