1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ROSELYN NORRISE, an individual,          Case No. 2:24-cv-01457-JDP

12                         *Plaintiff.*
                          vs.                **[PROPOSED]** **ORDER GRANTING**
13                                           **EXTENSION OF PRETRIAL**
     TRANSDEV SERVICES, INC.                 **DEADLINES**
14
15                       *Defendant.*

16                                           Complaint Filed:    April 18, 2024
                                             Removal Date:       May 22, 2024
17

18
19
20
21
22
23
24
25
26
27
28

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CA 90071
213.337-6550

HUSCH BLACKWELL LLP
355 S. GRAND AVENUE, SUITE 2850
LOS ANGELES, CA 90071
213.337-6550

1    This matter having come before the Court, without hearing, on the parties' Joint Stipulation

2 to Extend Pretrial Deadlines; the Court having reviewed the Stipulation; and for good cause shown:

3    **IT IS HEREBY ORDERED** that:

4    1.    The Joint Stipulation is GRANTED;

5    2.    The deadline to complete initial expert disclosures is extended to and including

6 December 19, 2025;

7    3.    The deadline to complete rebuttal expert disclosures is extended up to and including

8 January 9, 2026;

9    4.    The motion to compel deadline is extended up to and including February 5, 2026;

10    5.    The deadline to complete discovery is extended up to and including February 20,

11 2026;  and

12    6.    The deadline for completion of all dispositive motions is extended to April 30, 2026.

13

14 IT IS SO ORDERED.

15

16 Dated:    September 5, 2025    _____

17                                JEREMY D. PETERSON
                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES