**JUSTICE FOR WORKERS, P.C.**
Young K. Park SB# 287589
  E-Mail: young@justiceforworkers.com
Tara Hattendorf SB# 327253
  E-Mail: tara@justiceforworkers.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
ROSELYN NORRISE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN NORRISE, an individual;<br><br>　　Plaintiff,<br><br>　　vs.<br><br>TRANSDEV SERVICES INC, a Maryland corporation; and DOES 1 through 50,<br><br>　　Defendants. | Case No.: 2:24-cv-01457-JDP<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge:　Jeremy D. Peterson<br>Action Filed:　　　April 18, 2024<br>Trial Date:　　　　Unassigned |

- 2 -

Based on the stipulation of the Parties, and good cause appearing therefor, IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   January 6, 2026              _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE